■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY RALPH, Appellant. [936 NYS2d 903]

Inasmuch as the defendant had not yet completed serving his originally imposed sentence of imprisonment when he was

resentenced, his resentencing to a term including the statutorily required period of postrelease supervision did not violate the double jeopardy and due process clauses of the United States Constitution (*see People v Lingle*, 16 NY3d 621, 630-632 [2011]; *People v Algarin*, 89 AD3d 859 [2011]).

The defendant's remaining contention is without merit. Angiolillo, J.P., Florio, Leventhal and Lott, JJ., concur.